JS-6
Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE CASTELLANOS,                           )         Case No. EDCV 14-1516 RNB
                                            )
                          Plaintiff,        )
                                            )         **J U D G M E N T**
             vs.                            )
                                            )
CAROLYN W. COLVIN, Acting                   )
Commissioner of Social Security,            )
                                            )
                          Defendant.        )
_____        )

    In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

Security is affirmed and this action is dismissed with prejudice.


DATED:  April 2, 2015


_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE